**No. 09-7933. Michael Eugene James, Petitioner v. California.**

559 U.S. 946, 130 S. Ct. 1517, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1284.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

Same case below, 174 Cal. App. 4th 662, 94 Cal. Rptr. 3d 576.